FILED

2010 APR 20 PM 2 13

PATRICK E. DUFFY, CLERK

_____

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JODY L. KELLER,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | No. CV-09-75-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on April 14, 2010. Plaintiff filed objections on April 19, 2010.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 18

[2] Document No. 19

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is DENIED.

2. Defendant's Motion for Summary Judgment[4] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 20th day of April, 2010.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Document No. 11

[4] Document No. 14